UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT W. HILBORN AND JEAN ANNE S. HILBORN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign entity, and BUSINESS ENTITIES DOES 1 through X,<br><br>Defendants. | Case No. _____<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Metropolitan Group Property and Casualty Insurance Company (hereinafter "Metlife") hereby removes this action from the District Court of the First Judicial District of the State of Idaho, for Boundary County, to the United States District Court for the District of Idaho.

/ / /

/ / /

NOTICE OF REMOVAL OF CIVIL ACTION– Page 1

1i633

## NOTICE OF REMOVAL IS TIMELY

1.

Metlife is a party in a civil action brought against it in the District Court of the First Judicial District of the State of Idaho, for Boundary County entitled: *Robert W. Hilborn and Jean Anne Hilborn v. Metropolitan Group Property and Casualty Insurance Company*, case number CV-2012-431.

2.

The state court action was commenced when the Complaint was filed with the District Court in Boundary County, on or about December 10, 2012. A copy of the Complaint was mailed to the undersigned defense counsel on December 5, 2012 and received on December 10, 2012.

3.

Pursuant to 28 U.S.C. § 1446(3), a defendant may file a notice of removal of a civil action within thirty (30) days after the receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which such action is based.

## DIVERSITY JURISDICTION EXISTS

4.

Plaintiffs are citizens of the State of Idaho. Metlife is domiciled and has its principle place of business, in the State of Rhode Island.

///
///
///
///

NOTICE OF REMOVAL OF CIVIL ACTION– Page 2                                          1i633

THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy, Ste 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

5.

Metlife has a good faith belief that the amount in controversy exceeds $75,000.00 exclusive of interests and costs. The limit of Plaintiff's homeowner insurance policy with Metlife is in excess of $75,000.00.

6.

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332. Metlife may remove this matter because there is a good faith belief that the amount in controversy exceeds the sum of $75,000.00 and Metlife and plaintiffs are citizens of different states.

## REMOVAL TO THIS DISTRICT IS PROPER

7.

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 removal of the above-captioned state court action to this Court is appropriate.

8.

Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the district embracing the place where the state action is pending.

9.

The process, pleadings and orders in this action consist of the Complaint. A true and correct copy of the Complaint is attached to the Certification of Attorney and by this reference fully incorporated herein.

/ / /

/ / /

NOTICE OF REMOVAL OF CIVIL ACTION– Page 3                                                            1i633

THENELL LAW GROUP, P.C.
12909 SW 68th Pkwy, Ste 320
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496

10.

Metlife is providing to the plaintiffs, through their counsel of record, written notice of the filing of this Notice of Removal.  Furthermore, Metlife is filing a copy of this Notice with the Clerk of the Boundary County District Court.

11.

By filing this Notice of Removal, Metlife does not waive, and instead expressly reserves, all rights, defenses or objections of any nature that it may have with respect to plaintiffs' claims.

DATED this 27th day of December, 2012.

THENELL LAW GROUP, P.C.

By: *Daniel E. Thenell*
Daniel E. Thenell, ISB #8118
Email: dan@thenelllawgroup.com
Telephone: (503) 892-3936
Attorneys for Defendants Metropolitan Group Property and Casualty Insurance Company

NOTICE OF REMOVAL OF CIVIL ACTION– Page 4

1i633