UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT W. HILBORN AND JEAN ANNE S. HILBORN, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign entity, and BUSINESS ENTITIES DOES 1 through X,<br><br>　　　　　　Defendants. | Case No. 1:12-cv-00636-BLW<br><br>**ORDER** |

　　　THIS MATTER came on before the Court on Defendant's Stipulated Motion for Court Order for Deposition regarding the appearance of witnesses Border Patrol Agents Carver and Bartoe for depositions in this matter. The Court, having considered said Motion, Plaintiffs' Response, and Defendant's Reply, if any, hereby,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Stipulated Motion for the depositions of Border Patrol Agents Carver and Bartoe (Dkt.

**ORDER - 1**

15) is GRANTED.

DATED:  **July 23, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge