AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of __Idaho__

ROBERT W. HILBORN and JEAN ANNE S. HILBORN, )
         *Plaintiff* )
         v. )
METROPOLITAN GROUP PROPERTY AND )
CASUALTY INSURANCE COMPANY, )
         *Defendant* )

Civil Action No.    2:12-cv-00636-BLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __Metropolitan Group Property and Casualty Ins. Co.__ recover costs from the plaintiff *(name)* __Robert W. Hilborn and Jean Anne S. Hilborn__

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge __B. Lynn Winmill__ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:    09/04/2014

CLERK OF COURT

*Jamie L. Dearhart*
*Signature of Clerk or Deputy Clerk*